UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER E. BROWN, an Individual,   1:22-CV-6745 (DG) (PK)

           Plaintiff,

                                                        **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

      v.

3189 Atlantic Ave, LLC, a New York Limited
Liability Company,

           Defendant.

-----------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective Parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action against the defendant are hereby voluntarily dismissed with prejudice and without costs, fees or expenses.

Dated: New York, New York
          May 23, 2023

| KU & MUSSMAN PA | BARRY MCTIERNAN & MOORE |
|---|---|
| ___/s/ Louis Mussman_____ | ___/s/Suzanne M. Halbardier_____ |
| Louis Mussman, Esq. | Suzanne M. Halbardier, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 18501 Pines Boulevard - Suite 209-A | 101 Greenwich Street, 14th Floor |
| Pembroke Pines, FL 33029 | New York, NY 10006 |